**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JULIO CHRISTIAN, | : | No. 116 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN PA BOARD OF PROBATION & PAROLE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are DENIED.